Case 4:15-cv-01633   Document 15   Filed on 09/01/16 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 01, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOSEPH LEE FLORES, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | CIVIL ACTION No. H-15-1633 |
| LORIE DAVIS, | § § § | |
| *Respondent*. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on  SEP 0 1 2016  .

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE